U. S. Department of Justice - Drug Enforcement Administration

# VOLUNTARY SURRENDER OF CONTROLLED SUBSTANCES PRIVILEGES

**DEA USE ONLY**

File No.

With the understanding that I am not required to surrender my controlled substances privileges, I freely and under no duress, implied or express, execute this document and choose to take the actions described herein.

[x] In view of my alleged failure to comply with the Federal requirements pertaining to controlled substances, and as an indication of my good faith in desiring to remedy any incorrect or unlawful practices on my part;

[ ] In view of my desire to terminate handling of controlled substances listed in Schedule(s)_____;

I hereby voluntarily surrender my Drug Enforcement Administration Certificate of Registration, unused order forms, and all my controlled substances listed in Schedule(s) II thru V as evidence of my intent to relinquish my privilege to handle controlled substances listed in Schedule(s) II thru V.

I understand that submission of this document to DEA, including any employee of DEA, shall result in the immediate termination of my registration (and if not all controlled substances privileges are surrendered, be issued a new registration certificate limited to Schedule(s) II thru V ).

I understand that I am not entitled to a refund of any payments made by me in connection with my registration.

I understand that, beginning on the date that I sign below, I am not authorized to order, manufacture, distribute, possess, dispense, administer, prescribe, or engage in any other controlled substance activities whatsoever, except (if applicable) as limited above.

| NAME OF REGISTRANT (Print) | ADDRESS OF REGISTRANT |
|---|---|
| Marcellus JaJuan GILREATH, M.D. | 14072 Lorain Avenue<br>Apt D336<br>Cleveland, Ohio 44111 |
| DEA REGISTRATION NO.<br>BG4093047 | |
| SIGNATURE OF REGISTRANT OR AUTHORIZED INDIVIDUAL<br><br>Marcellus Gilreath, M.D. | DATE<br><br>July 12, 2013 |

**WITNESSES**

| NAME AND DATE | TITLE |
|---|---|
| Christopher A. Kresnak | Diversion Investigator, DEA |
| NAME AND DATE | TITLE |
| Brian Carroll | Special Agent, FBI |

**PRIVACY ACT**

AUTHORITY: Section 301 of the Controlled Substances Act of 1970 (21 U.S.C. 821).
PURPOSE: Permit voluntary surrender of controlled substances.
ROUTINE USES: The Controlled Substances Act Registration Records produce special reports as required for statistical analytical purposes. Disclosures of information from this system are made to the following categories of users for the purposes stated:
  A. Other Federal law enforcement and regulatory agencies for law enforcement and regulatory purposes.
  B. State and local law enforcement and regulatory agencies for law enforcement and regulatory purposes.
  C. Persons registered under the Controlled Substances Act (21 U.S.C. 822 and 957) for the purpose of verifying the registration of customers and practitioners.
EFFECT: Submission of this information is voluntary. There is no effect on the individual if not provided.

Form DEA-104 (11/11) *Previous editions obsolete*